# Third District Court of Appeal

## State of Florida

Opinion filed October 14, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-319
Lower Tribunal No. 08-865
_____

**James Young,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.

Before ROTHENBERG, LAGOA and SCALES, JJ.

PER CURIAM.

We affirm Appellant James Young's conviction without prejudice to the Appellant filing a timely motion for post-conviction relief pursuant to rule 3.850 of the Florida Rules of Criminal Procedure.